ORIGINAL

# United States Court of Federal Claims

No. 14-806 C
January 22, 2015

**CLARENCE L. CERF,**

    *Plaintiff,*

v.

**UNITED STATES OF AMERICA,**

    *Defendant.*

FILED
JAN 2 2 2015
U.S. COURT OF
FEDERAL CLAIMS

### ORDER DISMISSING CASE

On December 19, 2014, the court issued an Order to Show Cause directing plaintiff, *pro se*, to file his opposition to defendant's motion to dismiss for lack of subject matter jurisdiction, pursuant to the Rules of the Court of Federal Claims ("RCFC") 12(b)(1), by January 20, 2015. The Order explained that plaintiff's case would be dismissed pursuant to RCFC 41(b), for failure to prosecute, if plaintiff had not set forth in writing by January 20, 2015 his opposition to defendant's motion to dismiss. To date, plaintiff has filed no response to defendant's said motion to dismiss.

In consideration of the above, this CASE is DISMISSED, pursuant to RCFC 41(b), for failure to prosecute. The Clerk is hereby directed to take the necessary steps to dismiss this matter.

**IT IS SO ORDERED.**

Lawrence J. Block
Judge